# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130516

STELLA SIDUN,
        Plaintiff-Appellant,

v

                                   SC: 130516
                                   COA: 264581
                                   Court of Claims: 04-000240-MT

WAYNE COUNTY TREASURER,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the January 19, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and REMAND this case to the Court of Appeals for reconsideration in light of *Jones v Flowers*, 547 US ___; 126 S Ct 979; 163 L Ed 2d 721 (2006).

      We do not retain jurisdiction.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2006

d0614

                              Clerk